# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 24, 2007

134011

JUNE UMBARGER, Personal Representative of
the Estate of Orpha Tower, Deceased,
         Plaintiff-Appellant,

v

HAYES GREEN BEACH MEMORIAL
HOSPITAL CORPORATION,
         Defendant-Appellee.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 134011
COA: 264699
Eaton CC: 04-001695-NO

_____/

On order of the Court, the application for leave to appeal the March 1, 2007 judgment of the Court of Appeals is considered and, it appearing to this Court that the case of *Mullins v St Joseph Mercy Hospital* (Docket No. 131879) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 24, 2007

Clerk

t0917